UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JS-6

| SHAWN STERLING, | ) |
| --- | --- |
| Plaintiff, | ) Case No. EDCV 10-01703 AHM (AJW) |
| v. | ) |
| COUNTY OF RIVERSIDE, et al., | ) [P̶r̶o̶p̶o̶s̶e̶d̶] JUDGMENT |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

_____June 30_____, 2011

/s/ A. Howard Matz
A. HOWARD MATZ
United States District Judge